STATE OF NEW YORK        )
                                          :SS.:
COUNTY OF NEW YORK    )

IAN K. HENDERSON, being duly sworn, deposes and says:  I am not a party to the action, am over

18 years of age and reside in Queens, New York.  On the 10th day of September, 2007, I served plaintiffs'

**NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by

depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and

custody of the United States Postal Service within New York State, addressed to the following person at the

last known address set forth after the name below:


TO:    Contini-Cores, Inc.
         3214 Quinlan Street
         Yorktown Heights, NY 10598


_____
IAN K. HENDERSON

Sworn to before me this
10th day of September, 2007

_____
NOTARY PUBLIC

**ANDREW GRABOIS**
**Notary Public, State of New York**
**No. 02GR6127051**
**Qualified in New York County**
**Commission Expires May 23, 20_09_**